UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

SHERRY LITTLEJOHN,

    Plaintiff,

v.                                         Case No. 2:06-CV-20

MACKINAC FINANCIAL CORP.,          HON. GORDON J. QUIST
NORTH COUNTRY FINANCIAL
CORP., NORTH COUNTRY BANK
TRUST, MBANK AND DOES 1-20,

    Defendants.

_____/

## ORDER

In accordance with the Opinion entered this date,

**IT IS HEREBY ORDERED** that Defendants' Motion For Judgment On The Pleadings (docket no. 14) is **GRANTED**, and Plaintiff's claim under 12 U.S.C. § 1831j(a) is **dismissed with prejudice** as barred by the two-year statute of limitations.

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c)(3).

This case is **concluded**.


Dated: July 19, 2006                                      /s/ Gordon J. Quist
                                                                GORDON J. QUIST
                                                       UNITED STATES DISTRICT JUDGE